```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      BLUEFIELD
```

**MARK WORKMAN,**

    **Plaintiff,**

v.                                          CIVIL ACTION No. 1:24-00678

**CORRECTIONAL OFFICER DAVID JACKSON, et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

Pending before the court are plaintiff's motions: (1) to Extend Time to Make Service; and (2) to Extend Time to Respond to the pending Motion to Dismiss. See ECF Nos. 10 and 11. As set forth below, those motions are **GRANTED**.

In his first motion, plaintiff seeks an additional twenty-one (21) days to serve defendant Correctional Officer David Jackson. In his motion, plaintiff details his efforts to locate and serve defendant Jackson. He hired a private investigator to aid in this effort. In consideration of the foregoing, the court finds that good cause exists to grant plaintiff's motion, and he shall have an additional twenty-one (21) days to serve defendant Jackson.

Plaintiff has also shown good cause to extend the time for filing a response to the pending motion to dismiss. Furthermore, defendant McDowell County Commission does not object to the requested continuance. Therefore, the deadline for filing a response is

extended to March 25, 2025, and defendant may file a reply on or before April 1, 2025.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

It is **SO ORDERED** this 5th day of March, 2025.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge